IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BOARD OF COMMISSIONERS
OF EUREKA SPRINGS HOPSITAL                                PLAINTIFF

   v.   Civil No. 09-3070

ALLEGIANCE HEALTH
MANAGEMENT, INC. AND
EUREKA SPRINGS HOSPITAL, LLC                              DEFENDANTS

### ORDER

Now on this 1st day of November, 2010, the above referenced matter comes on for consideration of the **Joint Motion to Dismiss** (doc. 50).

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the joint motion is **GRANTED** and that the case should be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

            /s/ Jimm Larry Hendren
            JIMM LARRY HENDREN
            UNITED STATES DISTRICT JUDGE